# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| V. | |
| Jose Carlos Cervin  A202 078 702   YOB: PRINCIPAL 1979 | The United Mexican States    Case Number: M-14-1539 -M |

United States District Court
Southern District of Texas
**FILED**

**AUG 0 9 2014**

, **Clerk of Court**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **August 7, 2014** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did,
*(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Abismael Castillo-Menendez, citizen and national of El Salvador and Cristian Orestes Diaz-Urquia citizen and national of Honduras and eleven (11) other undocumented aliens for a total of thirteen (13), who had entered the United States in violation of law, did knowingly transport, or move or attempt to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near McAllen, Texas to the point of arrest near McAllen, Texas.**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)    FELONY**

I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On August 7, 2014 at approximately 6:00 p.m., Fraud, Intelligence, Smuggling and Terrorism (FIST) Agent H. Almaguer observed approximately 13 possible undocumented aliens (UDA's) hiding in the brush south of Military Highway near a building located in the Sharyland Business Park. At approximately 6:30 p.m., he observed a white Chevrolet Cobalt pick up the possible UDA's. This observation was broadcasted via service radio to a CBP aircraft. As the load vehicle departed the area, air support followed the vehicle.

Air support observed the load vehicle unloaded all its passengers at the corner of 35th and Sarah Street in McAllen. The suspected UDA's then brushed up in an empty lot with overgrown grass. The aircraft continued to follow the vehicle until Agents R. Kasper and K. Williams responded and initiated a vehicle stop approximately a quarter of a mile south on 23rd Street from Expressway 83 in McAllen, Texas. The driver, Jose Carlos CERVIN, was determined to be an undocumented aliens and placed under arrest.

Continued on the attached sheet and made a part of this complaint:  [X] Yes  [ ] No

_____
Signature of Complainant

Frediberto Hernandez    Senior Patrol Agent
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

August 9, 2014                                at   McAllen, Texas
Date                                                City and State

Dorina Ramos                , U. S. Magistrate Judge        _____
Name and Title of Judicial Officer                         Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-14- 1539 -M

RE: Jose Carlos Cervin          A202 078 702

**CONTINUATION:**

At the same time, F.I.S.T. Agents located the area where the suspected UDA's were dropped off and apprehended a total of 13 undocumented aliens all illegally present in the United States. All subjects were transported to the McAllen Border Patrol Station.

**PRINCIPAL STATEMENT:**

Jose Carlos CERVIN was advised of his Miranda Rights by Border Patrol Agents. CERVIN understood his rights and provided a sworn statement without the presence of an attorney.

CERVIN stated that he understood he was being arrested for transporting undocumented aliens. CERVIN stated that he was paying off his smuggling fees into the United States. CERVIN stated that "Cotorro" offered him a job and was going to be paid $30 for every individual he transported. He was instructed to pick up the load vehicle at a location on Sarah Street. He was then instructed to pick up the subjects at a location near the Sharyland Business District, and then drop them off at a brushy area near Sarah and 35th Street. CERVIN stated that was pulled over after dropping off the aliens.

**MATERIAL WITNESSES STATEMENTS:**
Once at the Border Patrol Station, both of the material witnesses were advised of their Miranda Rights. Both stated that they understood their rights and were willing to provide a statement without the presence of an attorney.

1-Abismael CASTILLO-Menendez stated that he made arrangements in El Salvador and was going to pay a total of $7500 to be smuggled into the United States. CASTILLO claims to have already paid a total of $3000. Once they were smuggled across the river, they waited at an unknown location for several hours. They later walked to warehouses and waited for a vehicle to pick them up. CASTILLO stated once the vehicle arrived he entered it and sat in the passenger seat next to the driver. CASTILLO identified Jose Carlos CERVIN in a photo lineup as the person that transported them to the brushy area where he was later apprehended.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
## McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-14- 1539 -M

RE: Jose Carlos Cervin         A202 078 702

2-Cristian Orestes DIAZ-Urquia stated that his brother made arrangements for him to be smuggled into the United States. DIAZ stated that he has paid a total of $2500 and that he was going to pay the remaining $4000 upon arrival to Houston, TX. DIAZ stated that once they crossed the river they walked for approximately two hours. He was told that they would be going to McAllen. They waited in a grass field for about three to four hours before they approached an area with tractor trailers. Once they arrived at the area with the tractor trailers they waited for a white car to show up, and he and the others jumped in. DIAZ stated that he was in the rear seat of the vehicle. DIAZ identified Jose Carlos CERVIN in a photo lineup as the person that transported them to the brushy area where they were apprehended.